# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIONEL GRANGER, JR.

NO. 2023 KW 1164

**FEBRUARY 16, 2024**

---

In Re:    Lionel Granger, Jr., applying for supervisory writs, City Court of Morgan City, Parish of St. Mary, No. 224361.

---

BEFORE:    **WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** Counsel failed to comply with Local Rule 8(G), by failing to include a Declaration verifying the allegations of the petition. Counsel failed to comply with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8), (9), and (10), by failing to include a copy of the bill(s) of information (or charging instrument), all the relevant court minutes, and the opposition or a statement that no opposition was filed. Moreover, although it is not a violation of the Uniform Rules, we note that counsel failed to include a copy of the guilty plea and sentencing transcripts and a copy of any exhibits introduced at the proceedings. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). See also La. Code Crim. P. art. 912.1(C)(1). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Should counsel choose to file a new writ application that contains the missing items noted above, he should also provide any documentation showing when relator paid the fine and filed the initial motion for appeal.

                    **JEW**
                    **EW**
                    **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT